IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RIVERSIDE ENGINEERING, INC.., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1-21-cv-01057-JPH-DML |
| | ) |
| QUAD PLUS, LLC, | ) |
| | ) |
| Defendant. | ) |

*The Court acknowledges the Notice of Voluntary Dismissal, dkt. 13. JPH, 5/20/2021 Distribution via ECF.*

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, Plaintiff, by counsel, hereby voluntarily dismisses this action without prejudice.

LEWIS WAGNER, LLP

/s/ Aaron D. Grant
A. Richard M. Blaiklock, #20031-49
Aaron D. Grant, #25594-49
Attorneys for Riverside Engineering, Inc.

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46204
Phone:  (317) 237-0500
Fax:  (317) 630-2790
Email: rblaiklock@lewiswagner.com
         agrant@lewiswagner.com